IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 2 2 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| IRMA DELEON and ROSEMARY LARA, | § | |
| Plaintiffs, | § | |
| | § | |
| vs. | § | |
| | § | |
| PARKE-DAVIS, A DIVISION OF THE | § | C.A. No. 1:03CV138 |
| WARNER LAMBERT COMPANY; | § | (Removed from the 138th Judicial District |
| WARNER LAMBERT COMPANY; | § | Court of Willacy County, Texas) |
| PFIZER, INC.; SANKYO PHARMA, | § | JURY DEMANDED |
| INC.; SANKYO PARKE-DAVIS; | § | |
| ALBERT SMITH, M.D., and | § | |
| JOHN W. KRISTENSEN, M.D. | § | |
| Defendants | § | |

### DEFENDANT SANKYO PHARMA INC.'S
### CERTIFICATE OF DISCLOSURE OF FINANCIALLY INTERESTED PARTIES

TO THE HONORABLE U.S. DISTRICT COURT JUDGE:

COMES NOW Sankyo Pharma Inc., one of the Defendants in the above-entitled and numbered cause and files this Certificate of Disclosure of Financially Interested Parties, and would respectfully show the Court as follows:

1. **Plaintiffs, Irma DeLeon and Rosemary Lara**

   c/o Michael T. Gallagher
   John H. Kim
   GALLAGHER, LEWIS, DOWNEY & KIM
   700 Louisiana Street, 40th Floor
   Houston, Texas 77002
   (713) 222-8080
   (713) 222-0066 - Fax

2. **Counsel for Plaintiffs:**

   Michael T. Gallagher
   John H. Kim
   GALLAGHER, LEWIS, DOWNEY & KIM
   700 Louisiana Street, 40th Floor
   Houston, Texas 77002
   (713) 222-8080
   (713) 222-0066 - Fax



3. **Defendant, Sankyo Pharma Inc.:**

   Sankyo Pharma Inc.
   2 Hilton Court
   Parsippany, NJ 07054
   Sankyo Pharma Inc. is a U.S. subsidiary of Sankyo Co. Ltd., a Japanese corporation that is publicly traded in Japan.

4. **Defendant Warner-Lambert Company, L.L.C. (formerly known as Warner-Lambert Company), on its own behalf and on behalf of its unincorporated division, Parke-Davis**

   Warner-Lambert Company LLC
   201 Tabor Road
   Morris Plains, NJ 07950

5. **Defendant, Pfizer Inc.:**

   Pfizer, Inc.
   255 E. 42nd Street
   New York, NY 10017-5755

6. **Defendant, Sankyo Parke-Davis:**

   Sankyo Parke-Davis is a partnership in dissolution between Sankyo Pharma Inc. and Warner-Lambert Company, formerly located at
   2 Hilton Court
   Parsippany, NJ 07054

7. **Albert Smith, M.D.**

   Albert Smith, M.D.
   165 S. 6th Street
   Raymondville, Texas 78580

8. **John W. Kristensen, M.D.**

   John W. Kristensen, M.D.
   494 West Hildago Avenue
   Raymondville, Texas 78580

9. **Other Interested Parties:**

Sankyo Pharma Inc. is not aware of any other interested parties.

> Respectfully submitted,
>
> **HARTLINE, DACUS, BARGER, DREYER & KERN, L.L.P.**
> One Shoreline Plaza
> 800 N. Shoreline Blvd., Suite 2000 - N. Tower
> Corpus Christi, Texas 78401
> Telephone: (361) 866-8000
> Facsimile: (361) 866-8039
>
> By: _/s/ Darrell L. Barger w/ permission Kristina Fernandez_
> Darrell L. Barger
> State Bar No. 01733800
> Federal ID No. 646
>
> Ann Hennis
> State Bar No. 09473550
> Federal ID No. 5911
>
> Kristina Fernandez
> Texas Bar No. 24010021
> Federal I.D. 23651
>
> **ATTORNEYS FOR DEFENDANT**
> **SANKYO PHARMA INC.**

## CERTIFICATE OF SERVICE

I certify that on the ___21st___ day of August, 2003, a true and correct copy of the foregoing document was forwarded to the following counsel of record via the method indicated below.

*Kristina Fernandez*

**VIA CM, RRR**
Michael T. Gallagher
John H. Kim
**GALLAGHER, LEWIS, DOWNEY & KIM**
700 Louisiana, 40th Floor
Houston, Texas 77002
*Attorneys for Plaintiff*

**VIA CM, RRR**
Philipa M. Remington
Thomas P. Sullivan
**STINNETT THIEBAUD & REMINGTON, L.L.P.**
4800 Fountain Place
1445 Ross Avenue
Dallas, Texas 75202
*Attorneys for Albert Smith, M.D. and*
*John W. Kristensen, M.D.*

**VIA U.S. FIRST CLASS MAIL**
Jack E. Urquhart
**BEIRNE, MAYNARD & PARSONS, L.L.P.**
1300 Post Oak Blvd., Suite 2500
Houston, Texas 77056-3000
*Attorneys for Pfizer, Inc., Warner-Lambert Company, L.L.C.,*
*including its unincorporated Parke-Davis Division,*
*and Sankyo Parke-Davis*