United States District Court
Southern District of Texas
FILED

AUG 2 5 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT COURT
BROWNSVILE DIVISION

| | | |
|---|---|---|
| IMRA DeLEON and ROSEMARY LARA, | § § § | |
| v. | § | CIVIL ACTION NO: B-03-138 |
| PARK DAVIS, A DIVISION OF THE WARNER-LAMBERT COMPANY; WARNER-LAMBERT COMPANY; PFIZER, INC.; SANKO PHARMA, INC.; SANKYO PARKE-DAVIS; ALBERT SMITH, M.D. AND JOHN W. KRISTENSEN, M.D. | § § § § § § § § | |

### DEFENDANTS ALBERT SMITH, M.D. and JOHN W. KRISTENSEN, M.D.'S CERTIFICATE OF DISCLOSURE OF INTERESTED PARTIES

Defendants Albert Smith, M.D. and John W. Kristensen, file their Certificate of Disclosure of Interested Parties as follows:

**Plaintiffs:**

Irma DeLeon and

Rosemary Lara

c/o Counsel for Plaintiffs

**Counsel for Plaintiffs, Irma DeLeon and Rosemary Lara:**

Mr. Michael T. Gallagher
State Bar No: 07586000
Mr. John H. Kim
State Bar No: 00784393
Gallagher, Lewis, Downey & Kim
700 Louisiana Street, 40th Floor
Houston, Texas 77002
(713) 222-8080
(713) 222-0066 (fax)

Document #72166

**Defendants (and their affiliates, parents, subsidiaries, *etc.*):**

    Pfizer Inc.
    235 E. 42nd Street
    New York, N.Y. 10017-5755

    Warner-Lambert Company LLC
    201 Tabor Road
    Morris Plaines, NY 07950

    Sanko Pharma Inc.
    780 Third Avenue, 4th Floor
    New York, NY 10017

    Albert Smith, M.D.
    165 South 6th
    Raymondville, Texas 78580

    John W. Kristensen
    165 South 6th
    Raymondville, Texas 78580

**Counsel for Defendants Warner-Lambert Company LLC on its own behalf and on behalf of its Parke-Davis Division, and Pfizer Inc.;**

    Jack E. Urquhart
    State Bar No: 20415600
    Beirne, Maynard & Parsons, L.L.P.
    1300 Post Oak Blvd., Suite 2400
    Houston, TX 77056
    **(713) 623-0887**
    **(713) 960-1527 (fax)**

    David C. Garza
    State Bar No: 077731400
    Garza & Garza, L.L.P.
    680 East St. Charles, Suite 300
    Brownsville, Texas 78522
    **(956) 541-4914**
    **(965) 542-7403 (fax)**

**Counsel for Defendants Sankyo Pharma, Inc.; Sankyo Parke Davis:**

    Darrell L. Barger
    State Bar No. 01733800
    Ann Hennis
    State Bar No. 09473550
    Kristina Fernandez
    State Bar No. 24010021
    Hartline, Dacus, Barger, Dreyer & Kern, LLP
    One Shoreline Plaza
    800 North ShorelineBlvd., Suite 20000 – N. Tower
    Corpus Christi, Texas 78401
    **(361) 866-6000**
    **(361) 866-8039**

                                **Respectfully Submitted,**

                                **Stinnett Thiebaud & Remington L.L.P.**

                                By: _____
                                **PHILIPA M. REMINGTON**
                                Texas State Bar No: 16766100
                                Federal I.D. No: 31521
                                **THOMAS P. SULLIVAN**
                                Texas State Bar No: 19497500
                                Federal ID No: 9197

                                4800 Fountain Place
                                1445 Ross Avenue
                                Dallas, TX 75202
                                (214) 954-2200
                                (214) 754-0999 (Fax)

                                **ATTORNEYS FOR DEFENDANTS
                                ALBERT SMITH, M.D. and JOHN W.
                                KRISTENSEN, M.D.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument was forwarded to all counsel of record via facsimile and certified mail – return receipt requested, on August 2?, 2003.

Mr. Michael T. Gallagher
Mr. John H. Kim
Gallagher, Lewis, Downey & Kim
700 Louisiana Street, 40th Floor
Houston, Texas 77002

Jack E. Urquhart
Beirne, Maynard & Parsons, L.L.P.
1300 Post Oak Blvd., Suite 2400
Houston, TX 77056

David C. Garza
Garza & Garza, L.L.P.
680 East St. Charles, Suite 300
Brownsville, Texas 78522

_____
THOMAS P. SULLIVAN