IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
AUG 2 5 2003
Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| IRMA DELEON and, <br> ROSEMARY LARA, <br> Plaintiffs, <br><br> vs. <br><br> PARKE-DAVIS, A DIVISION OF THE <br> WARNER-LAMBERT COMPANY; <br> WARNER-LAMBERT COMPANY; <br> PFIZER, INC.; SANKYO PHARMA, <br> INC.; SANKYO PARKE-DAVIS; <br> ALBERT SMITH, M.D. and <br> JOHN W. KRISTENSEN, M.D. <br> Defendants. | § § § § § § § § § § § § § § § § | Civil Action No. B-03-138 <br><br> (Removed from the <br> 138th Judicial District Court <br> of Willacy County) <br><br> Jury Demanded |

## CERTIFICATE OF DISCLOSURE OF INTERESTED PARTIES

Defendants WARNER-LAMBERT COMPANY LLC (formerly known as Warner-Lambert Company), on its own behalf and on behalf of its unincorporated division, Parke-Davis, PFIZER INC. and SANKYO PARKE-DAVIS, in compliance with the Court's Order for Conference and Disclosure of Interested Parties file their certificate of disclosure of interested parties as follows:

1.  **Plaintiffs:**

    **Irma DeLeon and Rosemary Lara**

    c/o:   Michael T. Gallagher, Esq.
    State Bar No. 07586000
    John H. Kim, Esq.
    State Bar No. 00784393
    **GALLAGHER, LEWIS, DOWNEY & KIM**
    700 Louisiana Street, 40th Floor
    Houston, Texas 77002
    Telephone: (713) 222-8080
    Facsimile: (713) 222-0066

2.  **Attorneys for Plaintiffs Irma DeLeon and Rosemary Lara:**

    Michael T. Gallagher, Esq.
    State Bar No. 07586000
    John H. Kim, Esq.
    State Bar No. 00784393
    **GALLAGHER, LEWIS, DOWNEY & KIM**
    700 Louisiana Street, 40th Floor
    Houston, Texas 77002
    Telephone: (713) 222-8080
    Facsimile: (713) 222-0066

3.  **Defendant Warner-Lambert Company LLC (formerly known as Warner-Lambert Company), on its own behalf and on behalf of its unincorporated division, Parke-Davis:**

    **Warner-Lambert Company LLC**
    201 Tabor Road
    Morris Plains, New Jersey 07950

4.  **Defendant Pfizer Inc.:**

    **Pfizer Inc.**
    255 E. 42nd Street
    New York, New York 10017-5755

    Pfizer Inc. is publicly traded on the NYSE.

5.  **Defendant Sankyo Parke-Davis:**

    **Sankyo Parke-Davis**

    Sankyo Parke-Davis is a partnership in dissolution between Sankyo Pharma, Inc. and Warner-Lambert Company, formerly located at 2 Hilton Court, Parsippany, New Jersey 07054.

800 North Shoreline Blvd.
Suite 2000, North Tower
Corpus Christi, Texas 78401
Telephone: (361)866-6000
Facsimile: (361) 866-8039

9. **Defendant John W. Kristensen, M.D.:**

   **John W. Kristensen, M.D.**
   165 South 6th Street
   Raymondville, Texas 78580

10. **Defendant Albert Smith, M.D.:**

    **Albert Smith, M.D.**
    165 South 6th Street
    Raymondville, Texas 78580

11. **Counsel for Defendants John W. Kristensen, M.D. and Albert Smith, M.D.:**

    Philipa M. Remington, Esq.
    State Bar No. 16766100
    Russell G. Thornton, Esq.
    State Bar No. 19982850
    Thomas P. Sullivan, Esq.
    State Bar No. 19497500
    STINNETT THIEBAUD & REMINGTON, L.L.P.
    4800 Fountain Place
    1445 Ross Avenue
    Dallas, Texas 75202
    Telephone (214) 954-2200
    Facsimile (214) 754-0999

12. **Other Interested Parties:**

    Defendants are not aware of any other interested parties.

Respectfully submitted,

Jack E. Urquhart
Texas Bar No. 20415600
Federal I.D. 2082

*by permission*
*K. Dawson*

**ATTORNEY-IN-CHARGE FOR DEFENDANTS WARNER-LAMBERT COMPANY LLC, ON ITS OWN BEHALF AND ON BEHALF OF ITS UNINCORPORATED PARKE-DAVIS DIVISION, PFIZER INC. AND SANKYO PARKE-DAVIS**

**Of Counsel:**

BEIRNE, MAYNARD & PARSONS, L.L.P.
1300 Post Oak Blvd., Suite 2500
Houston, TX 77056-3000
Telephone: (713) 623-0887
Facsimile: (713) 960-1527

David C. Garza
Texas Bar No. 07731400
Federal I.D. 3778
GARZA & GARZA, L.L.P.
680 East St. Charles, Suite 300
Brownsville, TX 78522
Telephone: (956) 541-4914
Facsimile: (956) 542-7403

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Certificate of Disclosure of Interested Parties was served *via* certified mail, return receipt requested, on the following known counsel of record on August 22, 2003.

>Michael T. Gallagher, Esq.
>John H. Kim, Esq.
>GALLAGHER, LEWIS, DOWNEY & KIM
>700 Louisiana Street, 40th floor
>Houston, TX 77002
>
>Darrell L. Barger, Esq.
>Ann Hennis, Esq.
>Kristina Fernandez, Esq.
>HARTLINE, DACUS, BARGER, DREYER & KERN, L.L.P.
>800 North Shoreline Boulevard, Suite 200--North Tower
>Corpus Christi, TX 78401
>
>Philipa M. Remington, Esq.
>Russell G. Thornton, Esq.
>Thomas P. Sullivan, Esq.
>STINNETT THIEBAUD & REMINGTON, L.L.P.
>4800 Fountain Place
>1445 Ross Avenue
>Dallas, Texas 75202

_____
Maria Jorik Courtois