

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 0 8 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| IRMA DELEON and, <br> ROSEMARY LARA, <br>     Plaintiffs, <br><br> vs. <br><br><br> PARKE-DAVIS, A DIVISION OF THE <br> WARNER-LAMBERT COMPANY; <br> WARNER-LAMBERT COMPANY; <br> PFIZER, INC.; SANKYO PHARMA, <br> INC.; SANKYO PARKE-DAVIS; <br> ALBERT SMITH, M.D. and <br> JOHN W. KRISTENSEN, M.D. <br>     Defendants. | § § § § § § § § § § § § § § § | Civil Action No. B-03-138 <br><br><br> Judge Hilda G. Tagle <br><br> Jury Demanded |

## AGREED MOTION TO STAY ALL PRETRIAL PROCEEDINGS PENDING DECISION REGARDING TRANSFER TO MULTI-DISTRICT LITIGATION AND REQUEST FOR EXPEDITED CONSIDERATION

Defendants Warner-Lambert Company LLC (incorrectly named as "Warner-Lambert Company"), on its own behalf and on behalf of its unincorporated Parke-Davis division ("Warner-Lambert"), Pfizer Inc. (incorrectly referred to as Pfizer, Inc.) ("Pfizer"), Sankyo Parke-Davis, Sankyo Pharma Inc., Albert Smith, M.D., John W. Kristensen, M.D., and Plaintiffs Irma DeLeon and Rosemary Lara (collectively "the Parties") file this Agreed Motion to Stay All Pretrial Proceedings Pending Decision Regarding Transfer to Multi-District Litigation and Request for Expedited Consideration.

By this Motion, the Parties request that this Court grant them relief from the requirement that they attend any hearings, file with the Court any initial disclosures pursuant to Rule 26 of the Federal Rules of Civil Procedure, file case management plans and/or attend any pretrial proceedings required by the Local

Rules of Court pending transfer of this case to the United States District Court of New York as part of the Multi-District Litigation styled *In Re: Rezulin Products Liability Litigation*, Master File No. 00 Civ. 2843 (LAK), MDL-1348.

In support hereof, the Parties would respectfully show the Court the following:

1. On or about August 7, 2003, Warner-Lambert and Pfizer removed this case. That very same day, the Court filed an Order Setting Conference setting forth deadlines for the Parties in this action. The Order Setting Conference sets a pretrial conference for October 20, 2003. The Order also requires the Parties to file a joint case management plan pursuant to Rule 26(f) by October 6, 2003, and to interview their clients, review the documents exchanged pursuant to Rule 26(f), and discuss alternative dispute resolution prior to the October 20, 2003 conference. The Court's Order Setting Conference also sets forth other critical dates pertaining to discovery in this case.

2. This case is subject to transfer to the Rezulin MDL. Specifically, on or about June 9, 2000, the Judicial Panel on Multi-District Litigation consolidated, for pre-trial proceedings, nineteen (19) federal actions involving the diabetic drug, Rezulin. Since that time, hundreds of other Rezulin cases have been transferred to and consolidated with the MDL. The Rezulin MDL proceeding is assigned to the Honorable Lewis A. Kaplan, United States District Court Judge, Southern District of New York.

3. On September 2, 2003, the MDL Panel was notified of this federal action for the purpose of transferring it to the MDL. *See* Exhibit "A" attached hereto. Although a Conditional Transfer Order identifying this case as one involving questions of fact which are common to the actions previously transferred to the Rezulin MDL proceeding has not yet been issued, one is expected in the very near future

and will be provided to the Court when it is received. An Order of Transfer to the MDL is expected to be issued soon thereafter and will be provided to the Court by the MDL Panel when issued.

4. Pursuant to Rule 1.5 of the Rules of Procedure of the Judicial Panel on Multi-District Litigation ("JPMDL"), an Order of Transfer suspends orders and pretrial proceedings in the district court in which the case is pending. Pursuant to Rule 7.6 of the Rules of Procedure of the JPMDL, once a case is transferred, all pre-trial matters regarding the case are handled by the MDL unless the case is remanded. *See* Rule 7.4, 28 U.S.C. foll. § 1407. Such an order would, therefore, suspend any orders and other deadlines entered by this Honorable Court.

5. Should plaintiff file a Motion to Remand, Warner-Lambert and Pfizer intend to file an opposition to any such motion requesting that this Court defer ruling on the Motion to Remand pending transfer to the MDL Court or, in the alternative, that the Court deny remand. Deferral allowing for transfer to the Rezulin MDL court is consistent with the decisions of other district courts within the Southern District of Texas.[1]

6. The Parties seek a stay of all proceedings, including the requirements of attending the initial pretrial conference on October 20, 2003, and the filing a joint case management plan by October 6, 2003, fourteen days before the conference. The Parties also request that the Court stay or vacate the

---

[1] Cases in which District Courts within the Southern District have deferred ruling on Motions to Remand include: *Avila v. Pfizer Inc.*, No. 02-217 (S.D. Tex. Mar. 25, 2003); *Marza v. Warner-Lambert Co.*, No. 02-492 (S.D. Tex. July 26, 2002); *Cynthia Hernandez v. Warner-Lambert Co.*, No. 02-208 (S.D. Tex. July 12, 2002); *Allen v. Warner-Lambert Co.*, No. 02-CV-291 (S.D. Tex. June 17, 2002); *Brown v. Warner-Lambert Co.*, No. 02-272 (S.D. Tex. June 14, 2002); *Benson v. Warner-Lambert Co.*, No. 02-149 (S.D. Tex. May 14, 2002); *Doker v. Warner-Lambert Co.*, No. 02-1314 (S.D. Tex. Apr. 18, 2002); *Williams v. Warner-Lambert Co.*, No. 02-789 (S.D. Tex. Mar. 21, 2002); *Abrigo v. Warner-Lambert Co.*, No. 02-790 (S.D. Tex. Mar. 18, 2002); *Martin v. Warner-Lambert Co.*, No. 02-791 (S.D. Tex. Mar. 18, 2002). These cases do not include the many cases wherein courts within the Southern District have granted motions similar to the motion before the court.

requirements in the Order Setting Conference that the Parties interview their clients, review the documents exchanged pursuant to Rule 26(f), and discuss ADR prior to the pretrial conference. The Parties seek a stay from filing all initial disclosures pursuant to Federal Rule of Civil Procedure 26 and attending any other hearings that may be scheduled in the future, pending transfer of this matter to the MDL proceedings. A stay will serve the interest of justice, promote judicial economy, and prevent the parties from incurring unnecessary litigation costs.

7. The Parties further request expedited consideration of this Motion to prevent the Parties from incurring the expenses of filing the joint case management plan by October 6, 2003, attending the October 20, 2003 conference, filing Rule 26 disclosures, or attending any hearings prior to the MDL Panel's ruling on the transfer of this action.

WHEREFORE, PREMISES CONSIDERED, Warner-Lambert Company LLC, Pfizer Inc., Sankyo Parke-Davis, Sankyo Pharma Inc., Albert Smith, M.D., John W. Kristensen, M.D., Irma DeLeon, and Rosemary Lara respectfully pray that this Agreed Motion to Stay All Proceedings Pending Decision Regarding Transfer to Multi-District Litigation and Request for Expedited Consideration be GRANTED, and for such other and further relief to which they may be deemed entitled. A proposed order is being filed concurrently with this motion.

Respectfully submitted,

*[signature: Jack E. Urquhart by permission / signature]*

Jack E. Urquhart
Texas Bar No. 20415600
Federal I.D. 2082

**ATTORNEY-IN-CHARGE FOR DEFENDANTS WARNER-LAMBERT COMPANY LLC, ON ITS OWN BEHALF AND ON BEHALF OF ITS UNINCORPORATED PARKE-DAVIS DIVISION, PFIZER INC. AND SANKYO PARKE-DAVIS**

**Of Counsel:**

BEIRNE, MAYNARD & PARSONS, L.L.P.
1300 Post Oak Blvd., Suite 2500
Houston, Texas 77056
Telephone: (713) 623-0887
Facsimile: (713) 960-1527

David C. Garza
Texas Bar No. 07731400
Federal I.D. 3778
GARZA & GARZA, L.L.P.
680 East St. Charles, Suite 300
Brownsville, TX 78522
Telephone: (956) 541-4914
Facsimile: (956) 542-7403

By Permission:

*Michael T. Gallagher* by permission allyson luhalick
Michael T. Gallagher
Texas Bar No.: 07586000
John Kim
Texas Bar No.: 00784393
GALLAGHER LEWIS DOWNEY & KIM
700 Louisiana, 40th Floor
Houston, Texas 77002
Telephone: (713) 222-8080
Facsimile: (713) 222-0066

**ATTORNEY-IN-CHARGE FOR PLAINTIFFS
IRMA DELEON AND ROSEMARY LARA**

By Permission:

*Darrell Lee Barger* by permission allyson luhalie
Darrell Lee Barger
Texas Bar No.: 01733800
Ann Hennis
Texas Bar No: 09473550
HARTLINE, DACUS, BARGER DREYER & KERN
800 N. Shoreline Blvd.
Suite 2000, North Tower
Corpus Christi, Texas 78401
Telephone: (361) 866-8000
Facsimile: (361) 866-8039

**ATTORNEY-IN-CHARGE FOR DEFENDANT
SANKYO PHARMA INC.**

By Permission:

*Philipa Marie Remington* by permission Allison Makali
Philipa Marie Remington
Texas Bar No.: 16766100
Russell G. Thornton
Texas Bar No.: 19982850
STINNETT THIEBAUD REMINGTON L.L.P.
4800 Fountain Place
1445 Ross Avenue
Dallas, Texas 75202
Telephone: (214) 954-2200
Facsimile: (214) 754-0999

**ATTORNEY-IN-CHARGE FOR DEFENDANTS**
**ALBERT SMITH, M.D AND JOHN W. KRISTENSEN, M.D.**

## CERTIFICATE OF CONFERENCE

This matter has been discussed and all counsel agree with the terms of this motion.

_____
Gail M. Brownfeld

## CERTIFICATE OF SERVICE

I hereby certify that this Agreed Motion to Stay All Pretrial Proceedings Pending Decision Regarding Transfer to Multi-District Litigation and Request for Expedited Consideration was served by certified mail, return receipt requested, on all known counsel of record on September 5th, 2003.

> Michael T. Gallagher, Esq.
> John L. Kim, Esq.
> GALLAGHER, LEWIS, DOWNEY & KIM
> 700 Louisiana Street, 40th floor
> Houston, TX 77002
>
> Darrell L. Barger, Esq.
> Ann Hennis, Esq.
> Kristina Fernandez, Esq.
> HARTLINE, DACUS, BARGER, DREYER & KERN, L.L.P.
> 800 North Shoreline Boulevard, Suite 200--North Tower
> Corpus Christi, TX 78401
>
> Philipa M. Remington
> Russell G. Thornton
> Thomas P. Sullivan
> STINNETT THIEBAUD & REMINGTON, L.L.P.
> 4800 Fountain Place
> 1445 Ross Avenue
> Dallas, Texas 75202

_____
Gail M. Brownfeld

# KAYE SCHOLER LLP

Alan E. Rothman
212 836-8860
Fax 212 836-6660
arothman@kayescholer.com

425 Park Avenue
New York, New York 10022-3598
212 836-8000
Fax 212 836-8689
www.kayescholer.com

September 2, 2003

Mr. Michael Beck
Clerk of the Panel
Judicial Panel on Multidistrict Litigation
One Columbus Circle, N.E.
Room g-255, N. Lobby
Washington, DC 20002-8004

Re: **In re Rezulin Products Liability Litigation**
**Multidistrict Litigation-1348 - Tag Along Notice**

Dear Mr. Beck:

In compliance with the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, defendant Warner-Lambert Company LLC ("Warner-Lambert") notifies the Clerk of the Panel of the additional potential tag-along actions identified in the attached chart, and requests that tag-along procedures be utilized in transferring these actions to the Southern District of New York.

Copies of the complaints in these actions and copies of the Notices of Removal (without exhibits) are attached for your convenience. Please contact me if you have any questions or require any additional information. Thank you for your assistance.

Respectfully submitted,

Alan E. Rothman

Enclosures
cc: Attached Service List (w/o enclosures)


EXHIBIT A

30701722.WPD

NEW YORK  CHICAGO  LOS ANGELES  WASHINGTON, D.C.  WEST PALM BEACH  FRANKFURT  HONG KONG  LONDON  SHANGHAI

## TAG ALONG NOTICE

| Case Caption | Case No. | Court | Plaintiff(s) Counsel |
|---|---|---|---|
| IRMA DELEON and ROSEMARY LARA<br><br>v.<br><br>PARKE-DAVIS, et al. | B-03-138 | United States District Court for the Southern District of Texas, Brownsville, Division | Michael T. Gallagher, Esq.<br>GALLAGHER, LEWIS, DOWNEY & KIM<br>700 Louisiana, 40th Floor<br>Houston, TX 77002 |

## SERVICE LIST

Michael T. Gallagher, Esq.
GALLAGHER, LEWIS, DOWNEY & KIM
700 Louisiana, 40th Floor
Houston, TX 77002
    ATTORNEYS FOR PLAINTIFFS

Thomas P. Sullivan, Esq.
STINNETT THIEBAUD & REMINGTON, LLP
4800 Fountain Place
1445 Ross Avenue
Dallas, TX 75202
    ATTORNEYS FOR JOHN W. KRISTENSEN, MD and ALBERT SMITH, MD

Jack E. Urquhart, Esq.
BEIRNE, MAYNARD & PARSONS, L.L.P.
1300 Post Oak Blvd., Ste. 2500
Houston, TX 77056
    ATTORNEYS FOR DEFENDANTS, WARNER-LAMBERT COMPANY, et al.

James M. Bergin, Esq.
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104-0050
    ATTORNEYS FOR SANKYO

Michael N. Milby
105 Federal Building
500 East Tenth Street
Brownsville, TX 78520
    UNITED STATES DISTRICT COURT CLERK