IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 2 6 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| IRMA DELEON and, | § | |
| ROSEMARY LARA, | § | |
| Plaintiffs, | § | |
| | § | |
| vs. | § | Civil Action No. B-03-138 |
| | § | |
| | § | |
| PARKE-DAVIS, A DIVISION OF THE | § | |
| WARNER-LAMBERT COMPANY; | § | |
| WARNER-LAMBERT COMPANY; | § | |
| PFIZER, INC.; SANKYO PHARMA, | § | |
| INC.; SANKYO PARKE-DAVIS; | § | |
| ALBERT SMITH, M.D. and | § | |
| JOHN W. KRISTENSEN, M.D. | § | |
| Defendants. | § | |

**ORDER GRANTING AGREED MOTION TO STAY ALL PRETRIAL
PROCEEDINGS PENDING DECISION REGARDING TRANSFER TO
MULTI-DISTRICT LITIGATION AND REQUEST FOR EXPEDITED CONSIDERATION**

On this day, came on to be considered the Agreed Motion to Stay All Pretrial Proceedings Pending Decision Regarding Transfer to Multi-District Litigation and Request for Expedited Consideration filed by the Parties. The Court is of the opinion that said motion is meritorious. It is therefore, ORDERED that:

1. The Agreed Motion to Stay All Pretrial Proceedings Pending Decision Regarding Transfer to Multi-District Litigation and Request for Expedited Consideration is GRANTED; and

2. The Court's Order Setting Conference of August 7, 2003, requiring the parties to file a joint case management plan by October 6, 2003; to discuss ADR, interview their clients, and exchange documents pursuant to Rule 26(f) prior to the conference; and to attend a pretrial conference on October 20, 2003 is VACATED/STAYED until further order of the Court. All pretrial proceedings, including but

not limited to compliance with the requirement to file initial disclosures pursuant to Rule 26 of the Federal Rules of Civil Procedure and/or to attend any pretrial proceedings required by the Local Rules Court, are STAYED until further order of the Court.

SIGNED and ENTERED this 25th day of September, 2003.

_____
The Honorable Hilda G. Tagle
United States District Judge