9

**03 CV 7818**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 0 9 2003

FILED
CLERK'S OFFICE

A CERTIFIED TRUE COPY

SEP 2 5 2003

ATTEST
FOR THE JUDICIAL PANEL OT
MULTIDISTRICT LITIGATION

**JUDGE KAPLAN**
*DOCKET NO. 1348*

C A B-03-138

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

*IN RE REZULIN PRODUCTS LIABILITY LITIGATION*

*(SEE ATTACHED SCHEDULE)*

FLD
SD/NY
10/7/03

**CONDITIONAL TRANSFER ORDER (CTO-60)**

On June 9, 2000, the Panel transferred 19 civil actions to the United States District Court for the Southern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 962 additional actions have been transferred to the Southern District of New York. With the consent of that court, all such actions have been assigned to the Honorable Lewis A. Kaplan.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Southern District of New York and assigned to Judge Kaplan.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Southern District of New York for the reasons stated in the order of June 9, 2000, and, with the consent of that court, assigned to the Honorable Lewis A. Kaplan.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of New York. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

United States District Court
Southern District of Texas
FILED

OCT 2 0 2003

Michael N. Milby
Clerk of Court

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

SEP 2 5 2003

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A CERTIFIED COPY
J. MICHAEL McMAHON,     CLERK

BY _____
         DEPUTY CLERK

## SCHEDULE CTO-60 - TAG ALONG CASES
## DOCKET NO. 1348
## IN RE REZULIN PRODUCTS LIABILITY LITIGATION

**DISTRICT  DIV. CIVIL ACTION#**

**ALABAMA NORTHERN**
   ALN   7   03-1872          Dennis Battles, et al. v. Pfizer, Inc., et al.

**CALIFORNIA CENTRAL**
   CAC   2   03-6022          Jesse Damon v. Warner-Lambert Co., et al.
   CAC   5   03-955           Mark C. Bozagis v. Warner-Lambert Co., et al.

**CALIFORNIA EASTERN**
   CAE   1   03-6146          Charles Fryer v. Warner-Lambert Co., et al.

**CALIFORNIA NORTHERN**
   CAN   3   03-3902          Nancy Oswill v. Warner-Lambert Co., et al.

**FLORIDA MIDDLE**
   ~~FLM   3   03-699~~       ~~Joanne Herrmann, etc. v. Warner-Lambert Co., et al.~~ Opposed 9/25/03

**MISSISSIPPI NORTHERN**
   MSN   4   03-332           Louis Wright, et al. v. Pfizer, Inc., et al.

**MISSISSIPPI SOUTHERN**
   ~~MSS   2   03-402~~       ~~Herstine McCain, et al. v. Warner-Lambert Co., et al.~~ Opposed 9/25/03
   MSS   3   03-945           Lula M. Simmons v. Parke-Davis, et al.

**SOUTH CAROLINA**
   ~~SC   1   03-2749~~       ~~Mack Brown, et al. v. Parke-Davis, et al.~~ Opposed 9/25/03

**TEXAS EASTERN**
   TXE   2   03-282           Shirley Kay Johnson v. Parke-Davis, et al.
   ~~TXE   2   03-291~~       ~~Chucky Kennedy v. Shaunna Mitchell, M.D., et al.~~ Opposed 9/25/03
   TXE   5   03-177           Mariel Hallum v. Parke-Davis, et al.
   TXE   6   03-375           Donald Bennett, et al. v. Parke-Davis, et al.

**TEXAS SOUTHERN**
   TXS   1   03-138           Irma DeLeon, et al. v. Parke-Davis, et al.
   TXS   2   03-290           Jack W. Miller v. Parke-Davis, et al.
   ~~TXS   2   03-303~~       ~~Rosaura Rodriguez v. Parke-Davis, et al.~~ Opposed 9/25/03
   TXS   2   03-308           Guadalupe Holdiness, et al. v. Parke-Davis, et al.
   TXS   2   03-312           Maria Gamez, et al. v. Parke-Davis, et al.
   ~~TXS   7   03-217~~       ~~Irma Echavarria v. Parke-Davis, et al.~~ Opposed 9/25/03

**TEXAS WESTERN**
   TXW   2   03-65            Julia Rubio v. Parke-Davis, et al.
   ~~TXW   4   03-78~~        ~~Jose Felan v. Parke-Davis, et al.~~ Opposed 9/25/03